UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| **RODERICK CONVERSE** and **PATRICIA GRUESSER**, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) ) Case No. 1:19-cv-4872-SEB-MPB |
| **PHH MORTGAGE CORPORATION**, successor to **OCWEN LOAN SERVICING, LLC.**, **MANLEY DEAS KOCHALSKI, LLC.**, **US BANK N.A.**, as Trustee for RAMP 006EFC2, and **EQUIFAX INFORMATION SERVICES, LLC.**, | ) ) ) ) ) ) ) |
| *Defendants*. | ) |

## ORDER OF DISMISSAL

Plaintiffs, Roderick Converse and Patricia Gruesser, by counsel, have moved this court to dismiss Defendants, Manley Deas Kochalski, LLC, and Equifax Information Services, LLC from this cause. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiffs' claims against Defendants, Manley Deas Kochalski, LLC, and Equifax Information Services, LLC are dismissed, without prejudice, each party to bear its own costs and fees.

Date: 1/16/2020

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.